OPINION — AG — THE $5.00 FEE SHOULD BE COLLECTED BY A JUSTICE OF THE PEACE AS "COUNTY FEES" IN ALL CASES WHEREIN THE DEFENDANT ENTER A PLEA OF GUILTY IN JUSTICE OF THE PEACE COURT, AND THAT THIS IS TRUE WHETHER OR NOT THE OFFENSE IS A TRAFFIC VIOLATION OR THE ARREST MADE BY A STATE HIGHWAY PATROLMAN. CITE: OPINION NO. OCTOBER 5, 1950 — EDMONSON, 28 O.S.H. 38 (FRED HANSEN)